UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTONIO NEVELS,

                             Plaintiff(s),

   -against-

CITY OF NEW YORK; ET AL.,

                           Defendant(s).
------------------------------------------------------------X

Civil Action No.: 1:21-cv-10074-JPO

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                           s.s :
COUNTY OF NEW YORK  )

      LIGNO SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 25th day of January, 2022, at approximately 3:15 p.m., deponent served a true copy of the **Summons in a Civil Action; Complaint (with Exhibits 1-3 attached); Electronic Case Filing Rules & Instruction (February 1, 2021 Edition); Individual Rules and Practices in Civil Cases - J. Paul Oetken, United States District Judge, Southern District of New York** upon CREATE Young Adult Residences at 73 Lenox Avenue, New York, New York 10026 by personally delivering and leaving the same with Naomi Nixon, Administrative Assistant, who stated that she is authorized to accept service.

      Naomi Nixon is a brown-skinned female, approximately 55-60 years of age, is approximately 5 feet and 8-10 inches tall, weighs approximately 131-160 pounds, with long gray hair and dark eyes.

Sworn to before me this
2nd day of February, 2022

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2022

LIGNO SANCHEZ #2023901